STEVEN W. RITCHESON, ESQ (SBN 174062)
White Field, Inc.
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
swritcheson@whitefieldinc.com

Attorneys for Plaintiff, JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>ACTI CORPORATION, INC., ET AL,<br><br>Defendants. | Case No. 8:10-CV-01909-DOC-RNB<br><br>NOTICE OF DISMISSAL OF DEFENDANT ACTI CORPORATION, INC.<br><br>**Jury Trial Demanded** |

**PLEASE TAKE NOTICE** that Plaintiff JOAO CONTROL AND MONITORING SYSTEMS OF CALIFORNIA, LLC, hereby dismisses this action as to Defendant ACTI CORPORATION, INC., pursuant to Federal Rule of Civil Procedure 41(A)(1). Said dismissal is without prejudice, each party to bear its own costs and attorneys' fees.

Dated: April 18, 2011

/s/ Steven W. Ritcheson
Steven W. Ritcheson,
Attorney for Plaintiff
Joao Control & Monitoring Systems
of California, LLC