## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case No.   SACV 10-1909-DOC(RNBx)                                      Date   April 18, 2011

Title   JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC -V- ACTI CORPORATION INC., ET AL.

---

Present: The Honorable   DAVID O. CARTER, United States District Judge

| Julie Barrera | Debbie Gale (a.m. only) Not Reported (in p.m.) | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Steven Ritcheson

| Clement Roberts | Jeff Schwartz |
| Megan Olesek | David Schnorrenberg |
| David Stein | Karin Pagnanelli |
| Matthew Walsh | Arthur Gollwitzer |
| Rory Radding | Chad Ennis |
| Scott Moore | Lincoln Bandlow |
| Victor De Gyarfas | George Badenoch |
| John Cuddihy | Daniel Sasse |
| Mark Supko | Ronald Koch |
| Joseph Lavelle | |

Proceedings:   SCHEDULING CONFERENCE

   The cause is called and counsel states their appearances.  The Court and counsel confer.  The cause is continued to 6:00 p.m.

   At 6:00 p.m., the Court and counsel confer further.  The Scheduling Conference is continued to April 19, 2011 at 6:00 p.m.


                                                                         :   34

                                              Initials of Preparer   jcb