Daniel A. Sasse (SBN 236234)
 dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949-263-8400
Facsimile: 949-263-8414

Mark M. Supko *(Pro Hac Vice)*
 msupko@crowell.com
Clyde E. Findley *(Pro Hac Vice)*
 cfindley@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Telephone: 202-624-2500
Facsimile: 202-628-5116

*Attorneys for Defendant*
OnStar, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ACTI CORPORATION INC., *et al.*, <br><br> Defendants. | Case No. 8:10-CV-01909-DOC-RNB <br><br> Hon. David O. Carter <br><br> **JOINT STIPULATION FOR PROTECTIVE ORDER** |

WHEREAS the above-captioned action (the "Action") involves allegations of patent infringement and relates to proprietary commercial technologies;

WHEREAS Plaintiff Joao Control & Monitoring Systems of California, LLC and Defendants American Honda Motor Co., Inc.; BMW of North America, LLC; Drivecam, Inc.; Honeywell International Inc.; Mercedes-Benz USA, LLC; On-Net Surveillance Systems, Inc.; OnStar, LLC; Skyway Security, LLC; Smartvue Corporation; Toyota Motor Sales, USA, Inc.; and Xanboo, Inc. (collectively, the "Parties[1]") recognize and agree that disposition and resolution of disputed issues of fact and law may require the production, analysis, and disclosure of proprietary, trade secret, or other confidential research, development, financial, or commercial information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure ("Rule 26(c)") or the Local Rules of the United States District Court for the Central District of California ("Local Rules") that would not, but for the Action, otherwise be made public by the Parties and/or disclosed amongst the Parties and/or their respective counsel;

WHEREAS the Parties believe that the public disclosure and/or disclosure to the adverse party of such proprietary, trade secret, or other confidential research, development, financial, or commercial information, as may be required for disposition and resolution of this Action, would be harmful to the disclosing party; and

WHEREAS the Parties and their counsel have mutually agreed that the entry of an appropriate protective order pursuant to Rule 26(c) would serve their respective interests by, among other things, protecting the Parties from the harm that would result from the public disclosure, and/or in some instances the

---

[1] The following parties have not yet entered an appearance in this matter and, therefore, do not join the motion: ADT Security Services, Inc.; ByRemote, Inc.; Iveda Corporation; Magtec Products, Inc.; Safefreight Technology Corporation; Sling Media, Inc. (transferred); and Tyco International US, Inc.

disclosure to the adverse party, of this proprietary, trade secret, or other confidential research, development, financial, or commercial information.

THEREFORE, the Parties, through their respective counsel of record, stipulate and agree that good cause exists for the Court to enter the Protective Order submitted concurrently with this stipulation and request that the Protective Order be entered by the Court.

IT IS SO STIPULATED.

*Date:* May 13, 2011

By: */s/ Steven W. Ritcheson*
Steven W. Ritcheson (SBN 174062)
swritcheson@whitefieldinc.com
WHITE FIELD, INC.
9800 D Topanga Canyon Blvd. #347
Chatsworth, CA 91311
Phone: (818) 882-1030
Facsimile: (818) 337-0383

*Attorneys for Plaintiff*
JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC

*Date:* May 13, 2011

By: */s/ John T. Johnson*
Juanita R. Brooks (SBN 75934)
brooks@fr.com
Michael M. Rosen (SBN 230964)
rosen@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

John T. Johnson *(Pro hac vice)*
jjohnson@fr.com
Michael Autuoro *(Pro hac vice)*
autuoro@fr.com
FISH & RICHARDSON P.C.
Citigroup Center – 52nd Floor
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Robert E. Hillman *(Pro hac vice)*
hillman@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

*Attorneys for Defendant*
AMERICAN HONDA MOTOR CO., INC.

| | |
|---|---|
| Date: May 13, 2011 | Date: May 13, 2011 |
| By:  */s/ Matthew M. Walsh* <br> Matthew McDonnell Walsh (SBN 175004) <br>   mwalsh@dl.com <br> Dewey &LeBoeuf LLP <br> 333 South Grand Avenue Suite 2600 <br> Los Angeles, CA 90071 <br> Tel: 212-621-6000 <br> Fax: 212-621-6100 <br><br> Jeff E. Schwartz *(Pro hac vice)* <br>   jschwartz@dl.com <br> Dewey &LeBoeuf LLP <br> 1101 New York Avenue NW <br> Suite 10122 <br> Washington, DC 20005-4272 <br> Tel: 202-346-7833 <br> Fax: 202-299-1333 <br><br> Joseph P. Lavelle *(Pro hac vice)* <br>   joelavelle@dl.com <br> Dewey &LeBoeuf LLP <br> 1101 New York Avenue NW <br> Suite 10122 <br> Washington, DC 20005-4272 <br> Tel: 202-346-8004 <br> Fax: 202-346-8102 <br><br> *Attorneys for Defendant* <br> BMW OF NORTH AMERICA, LLC | By:  */s/ Clement S. Roberts* <br> Clement S. Roberts (SBN 209203) <br>   croberts@durietangri.com <br> Durie Tangri LLP <br> 217 Leidesdorff Street <br> San Francisco, CA 94111 <br> Tel: 415-362-6666 <br> Fax: 415-236-6300 <br><br> Daralyn J. Durie (SBN 169825) <br>   ddurie@durietangri.com <br> Durie Tangri LLP <br> 217 Leidesdorff Street <br> San Francisco, CA 94111 <br> Tel: 415-362-6666 <br> Fax: 415-362-6300 <br><br> *Attorneys for Defendant* <br> DRIVECAM, INC. |

| | |
|---|---|
| Date: May 13, 2011 | Date: May 13, 2011 |
| By: /s/ David M. Stein<br>David M. Stein (SBN 198256)<br>dstein@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>18191 Von Karman Ave., Suite 500<br>Irvine, CA 92612-7108<br>Telephone: 949.851.0633<br>Facsimile: 949.851.9348<br><br>*Attorneys for Defendant*<br>HONEYWELL INTERNATIONAL INC. | By: /s/ Daniel A. Sasse<br>Daniel A. Sasse (SBN 236234)<br>dsasse@crowell.com<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614-8505<br>Telephone: 949-263-8400<br>Facsimile: 949-263-8414<br><br>David M. Schnorrenberg *(Pro Hac Vice)*<br>dschnorrenberg@crowell.com<br>John L. Cuddihy *(Pro Hac Vice)*<br>jcuddihy@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595<br>Telephone: 202-624-2500<br>Facsimile: 202-628-5116<br><br>*Attorneys for Defendant*<br>MERCEDES-BENZ USA, LLC |

| | |
|---|---|
| Date: May 13, 2011 | Date: May 13, 2011 |
| By: /s/ Rory J. Radding<br>Rory J. Radding *(Pro Hac Vice)*<br>rradding@mofo.com<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-0050<br>Tel:  212-468-8000<br>Fax:  212-468-7600<br><br>Scott C. Moore (SBN 203181)<br>smoore@mofo.com<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street Suite 3500<br>Los Angeles, CA 90013-1024<br>Tel: 213-892-5200<br>Fax: 213-892-5454<br><br>*Attorneys for Defendant*<br>ON-NET SURVEILLANCE SYSTEMS, INC. | By: /s/ Daniel A. Sasse<br>Daniel A. Sasse (SBN 236234)<br>dsasse@crowell.com<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA  92614-8505<br>Telephone:  949-263-8400<br>Facsimile:  949-263-8414<br><br>Mark M. Supko *(Pro Hac Vice)*<br>msupko@crowell.com<br>Clyde E. Findley *(Pro Hac Vice)*<br>cfindley@crowell.com<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004-2595<br>Telephone:  202-624-2500<br>Facsimile:  202-628-5116<br><br>*Attorneys for Defendant*<br>ONSTAR, LLC |

Date: May 13, 2011

By: /s/ Ronald J. Koch
Ronald J. Koch, Esq. *(Pro Hac Vice)*
ron@kochpatents.com
698 Morrison Road, Ste B
Columbus, OH 43213

*Attorneys for Defendant*
SKYWAY SECURITY, LLC

| | |
|---|---|
| Date: May 13, 2011 | Date: May 13, 2011 |
| By: /s/ Joel D. Voelzke<br>Joel D. Voelzke (SBN 179296)<br>joel@voelzke.com<br>INTELLECTUAL PROPERTY LAW OFFICES OF JOEL VOELZKE, APC<br>24772 Saddle Peak Road<br>Malibu, CA  90265-3042<br>Tel: (310) 317-4466<br>Fax: (310) 317-4499<br><br>*Attorneys for Defendant* SMARTVUE CORPORATION | By: /s/ Megan Whyman Olesek<br>Megan Whyman Olesek (SBN 191218)<br>molesek@kenyon.com<br>Kenyon and Kenyon LLP<br>333 W San Carlos Street, Suite 600<br>San Jose, CA 95110<br>Tel: 408-975-7500<br>Fax: 408-975-7501<br><br>George E. Badenoch *(Pro hac vice)*<br>gbadenoch@kenyon.com<br>Kenyon and Kenyon LLP<br>One Broadway<br>New York, NY 10004<br>Tel: 212-425-7200<br>Fax: 212-425-5288<br><br>Lincoln D. Bandlow (SBN 170449)<br>lbandlow@lathropgage.com<br>Lathrop & Gage LLP<br>1888 Century Park East, Suite 1000<br>Los Angeles, CA 90067<br>Tel: 310-789-4600<br>Fax: 310-789-4601<br><br>Attorneys for *Defendant* TOYOTA MOTOR SALES, USA, INC. |

*Date:* May 13, 2011

By: /s/ Arthur Gollwitzer, III
Karin G. Pagnanelli (SBN 174763)
kgp@msk.com
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Tel: 310-312-2000
Fax: 310-312-3100

Arthur Gollwitzer, III *(Pro Hac Vice)*
agollwitzer@fblawllp.com
FBLLP
5113 Southwest Parkway Suite 140
Austin, TX 78735
Tel: 512-681-1500
Fax: 512-681-1590

*Attorneys for Defendant*
XANBOO, INC.

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on May 13, 2011 with a copy of this document via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 13, 2011 at Irvine, California.

*/s/ Daniel A. Sasse*
Daniel A. Sasse (SBN 236234)