## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  SACV 10-1909 DOC(RBNx)                                      Date: February 16, 2012
         CV 11-8257 DOC(RBNx)
         CV 12-0417 DOC(RBNx)

Title:  JOAO CONTROL MONITORING SYSTEMS LLC v. ACTI CORPORATION INC. ET AL.
       JOAO CONTROL MONITORING SYSTEMS LLC v. WEBCAMNOW.COM
       JOAO CONTROL MONITORING SYSTEMS LLC v. DIGITAL PLAYGROUND INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

     NONE PRESENT                                                NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THESE CASES SHOULD NOT BE COMBINED

        Before the Court are three cases filed by Plaintiff Joao Control and Monitoring Systems LLC, Inc. ("Plaintiff"): (1) *Joao Control Monitoring Systems LLC v. ACTI Corporation Inc. et al.*, CV 10-1909 DOC(RBNx) ("10-1909 case"); ; (2) *Joao Control Monitoring Systems LLC v. Webcamnow.com*, CV 11-8257 DOC(RBNx) ("11-8257 case")[1]; and (3) *Joao Control Monitoring Systems LLC v. Digital Playground Inc.*, CV 12-0417 DOC(RBNx) ("12-0417").

---

[1] Previously, because there was no objection by the relevant defendants or plaintiff, the Court combined the following four cases into the 11-8257 case: (1) *Joao Control Monitoring Systems LLC v. Webcamnow.com*, CV 11-8257 DOC(RBNx)(2) *Joao Control Monitoring Systems LLC v. Game Link LLC*, CV 11-9633 DOC(RBNx);(3) *Joao Control Monitoring Systems LLC v. GSMC Inc.*, CV 11-9636 DOC(RBNx); (4) *Joao Control Monitoring Systems LLC v. Ahava Inc.*, CV 11-9638 DOC(RBNx).

These cases appear to share: (1) U.S. Patent No. 6,587,046; (2) some factual allegations; and (3) the same counsel for Plaintiff.  For that reason, at a hearing on February 9, 2012, the Court asked the parties in the 11-8257 and 12-0417 cases if those two cases should be combined and/or if all three cases should be combined; the parties requested a formal briefing of this issue.

Accordingly, the **Court ORDERS Plaintiff to SHOW CAUSE** why: (1) the 10-1909 case and 11-8257 case should not be combined into one; and (2) the 11-8257 and the 12-0417 case should not be combined into one; and (3) all three cases – 10-1909, 11-8257, and 12-0417 – should not be combined into one.  **Plaintiff shall file** a response to this Order of **no more than 13 pages** on or before **February 27, 2012**.  Failure to file a response to this Order shall be deemed consent to consolidating these cases.

If any of the Defendants in these three actions – 10-1909, 11-8257, and 12-0417 – wishes to file a response to this Order or a reply to Plaintiff's response, they must do so in a brief of **no more than 4 pages** on or before **March 5, 2012**.  Failure to file shall be deemed consent to consolidating these cases.

**If any of the parties** in any of these three cases files a brief **opposing consolidation**, then *all* **parties in all three cases** shall appear before this Court **on March 19, 2012**, at 8:30 a.m.

The Clerk shall serve this minute order on all parties to the action.